**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**ANTHONY DESHAWN LANGHORN**                                                     **PLAINTIFF**

**v.**                          **Case No. 2:25-cv-00039-KGB-ERE**

**JORDAN GILEAN, *et al.***                                                           **DEFENDANTS**

## ORDER

Before the Court are the Partial Recommended Disposition ("Partial Recommendation") (Dkt. No. 7) and Recommended Disposition ("Recommendation") (Dkt. No. 15) submitted by United States Magistrate Judge Edie R. Ervin.

In the Partial Recommendation, Judge Ervin recommends that several of Langhorn's official capacity claims be dismissed without prejudice (Dkt. No. 7). Prior to the Court ruling on the Partial Recommendation, Langhorn filed a notice of change of address (Dkt. No. 13). On July 1, 2025—in the light of Langhorn's apparent release from prison—Judge Ervin ordered Langhorn to file a free-world application to proceed *in forma pauperis* ("IFP") or pay the filing fee for this action if he wishes to continue pursuing this lawsuit (Dkt. No. 14). On September 29, 2025, Judge Ervin entered the Recommendation, recommending that the Court dismiss Langhorn's claims without prejudice due to Langhorn's failure to file a free-world IFP motion or pay the filing fee for this action (Dkt. No. 15).

On October 31, 2025, Langhorn filed a motion for status update, stating that he was writing "to see if my case is still open because I haven't heard any thing else about my case" (Dkt. No. 16). Based on Langhorn's motion, the Court granted Langhorn's motion for status update and directed Langhorn to, within 30 days of the entry of this Order, either: (1) submit to the Court a completed free-world IFP application; or (2) pay the $405.00 filing fee required to pursue this

matter (Dkt. No. 17).  The Court warned Langhorn that failure to do so may result in the dismissal of Langhorn's claims (*Id.*).  In response to the Court's Order and by the deadline set by the Court, Langhorn did not file a free-world IFP application or pay the filing fee, and the time to do so has passed.

After careful consideration, the Court approves and adopts Partial Recommendation and Recommendation in their entirety as this Court's findings in all respects (Dkt. Nos. 7; 15). Langhorn's claims are dismissed without prejudice (Dkt. No. 2).

It is so ordered this 19th day of March, 2026.

Kristine G. Baker
Chief United States District Judge

2